# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Auto Dealers Association,<br><br>Plaintiff,<br><br>v.<br><br>State of Minnesota, by and through the Minnesota Pollution Control Agency and the Minnesota Pollution Control Agency Commissioner Laura Bishop,<br><br>Defendants. | Civil File No. 21-cv-53 (WMW/ECW)<br><br>**PLAINTIFF'S<br>L.R. 7.1 WORD COUNT<br>CERTIFICATE OF COMPLIANCE** |

I hereby certify that Plaintiff Minnesota Automobile Dealers Association's Memorandum in Support of its Motion for a Preliminary Injunction complies with the length and type-size limitations of Local Rule 7.1 for the District of Minnesota.

I further certify that this Memorandum was prepared using Microsoft Word 2016 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.  I further certify that the word count for the document is 6,535 words.

Dated: January 8, 2021

/s/ *Byron E. Starns*
Byron E. Starns, #104486
STINSON LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 335-1516
Mobile: (612) 308-2149
byron.starns@stinson.com

2

                          Jeremy Greenhouse, #328443
                          THE ENVIRONMENTAL LAW
                          GROUP, LTD
                          2263 Waters Drive
                          Mendota Heights, MN  55120
                          Telephone: (612) 378-3700
                          jgreenhouse@envirolawgroup.com

                          **ATTORNEYS FOR PLAINTIFF**

2054106.0018/163891537.1