UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Auto Dealers Association,<br><br>Plaintiff,<br><br>v.<br><br>State of Minnesota, by and through the Minnesota Pollution Control Agency and the Minnesota Pollution Control Agency Commissioner Laura Bishop,<br><br>Defendants. | Case No. 21-cv-53-WMW-ECW |

## MOTION TO DISMISS

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Defendant State of Minnesota, by and through the Minnesota Pollution Control Agency (MPCA) hereby respectfully moves the Court for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to dismiss Plaintiff's Complaint in the above-captioned matter.

As grounds for this motion, MPCA asserts that this court lacks subject matter jurisdiction. Plaintiff fails to state a claim. Plaintiff's claims are not ripe. Plaintiff and its members lack standing. And the Eleventh Amendment bars Plaintiff's lawsuit.

Respectfully submitted,

Dated: January 25, 2021

KEITH ELLISON
Attorney General
State of Minnesota

By: */s/ Peter N. Surdo*

LIZ KRAMER
Solicitor General
Atty. Reg. No. 0325089

OLIVER LARSON
Assistant Attorney General
Atty. Reg. No. 0392946

LEIGH CURRIE
Atty. Reg. No. 0353218
leigh.currie@ag.state.mn.us
PETER N. SURDO
Atty. Reg. No. 0339015
peter.surdo@ag.state.mn.us
Special Assistant Attorneys General

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101
(651)757-1061

ATTORNEYS FOR STATE OF MINNESOTA

2