UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Auto Dealers Association,<br><br>Plaintiff,<br><br>v.<br><br>State of Minnesota, by and through the Minnesota Pollution Control Agency and the Minnesota Pollution Control Agency Commissioner Laura Bishop,<br><br>Defendants. | Case No. 21-cv-53-WMW-ECW |

## NOTICE OF HEARING ON MOTION TO DISMISS

Per Local Rule 7-1(c), PLEASE TAKE NOTICE that the hearing on the above-titled motion will be held at 11:00 AM Central Standard Time on February 17, 2021.

Respectfully submitted,

Dated: January 25, 2021

KEITH ELLISON
Attorney General
State of Minnesota

By: */s/ Peter N. Surdo*

PETER N. SURDO
Atty. Reg. No. 0339015
Special Assistant Attorney General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101
(651)757-1061
peter.surdo@ag.state.mn.us

ATTORNEYS FOR STATE OF MINNESOTA

1