UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Auto Dealers Association,<br><br>        Plaintiff,<br><br>   v.<br><br>State of Minnesota, by and through the Minnesota Pollution Control Agency and the Minnesota Pollution Control Agency Commissioner Laura Bishop,<br><br>        Defendants. | Case No. 21-cv-53-WMW-ECW |

## MEET-AND-CONFER STATEMENT

I, Peter Surdo, representing Defendants State of Minnesota, by and through the Minnesota Pollution Control Agency and the Minnesota Pollution Control Agency Commissioner Laura Bishop, hereby certify that I met and conferred with counsel for Plaintiff Minnesota Auto Dealers Association via telephone conference on January 8, 2021, regarding possible resolution of Plaintiff's Motion to Dismiss. During the meet-and-confer, the parties could not agree on the resolution of any part of Defendants' Motion to Dismiss.

Dated:  January 25, 2021

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


*/s/ Peter N. Surdo*
PETER N. SURDO
Special Assistant Attorney General
Atty. Reg. No. 0339015

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1061
peter.surdo@ag.state.mn.us

ATTORNEY FOR STATE OF MINNESOTA