# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Minnesota Auto Dealers Association, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Wilhelmina M. Wright, U.S. District Judge |
| v. | |
| State of Minnesota, et al., | Case No: 21-cv-0053 (WMW/ECW) |
| Defendants. | Date: February 17, 2021 |
| | Courthouse: Saint Paul |
| | Courtroom: Telephonic Hearing |
| | Deputy: Mona Eckroad |
| | Court Reporter: Lori Simpson |
| | Time in Court: 11:09 a.m. – 12:26 p.m. |
| | Total time: 1 Hour 17 Minutes |

**APPEARANCES:**

Plaintiff:
- Byron E. Starns (appeared by teleconference)
- Joshua Poertner (appeared by teleconference)
- Claire Williams (appeared by teleconference)
- Jeremy P. Greenhouse (appeared by teleconference)

Defendants:
- Peter N. Surdo (appeared by teleconference)
- Leigh K. Currie (appeared by teleconference)
- Oliver J. Larson (appeared by teleconference)

**HEARING ON:**

Plaintiff's Motion for Preliminary Injunction [13].
Defendants' Motion to Dismiss [28].

**PROCEEDINGS:**

The motions hearing was held via teleconference. The motions were argued and taken under advisement. Order to follow.

                                                      s/Mona Eckroad
                                                     Courtroom Deputy

CASE 0:21-cv-00053-WMW-ECW   Doc. 49   Filed 02/17/21   Page 2 of 2

2